IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Wiley Y. Daniel**

Civil Action No. 08-cv-01835-WYD-MJW

WONJI CO. LTD.,
a South Korean company,

     Plaintiff,

v.

AUGUSTINE PAIK,
an individual,

and

WONJI USA,
a Colorado Corporation,

and

DOES 1 to 10, inclusive,

     Defendants.

---

## ORDER

---

THIS MATTER is before the Court on the Parties' Joint Motion to Stay Litigation [doc. #20, filed January 5, 2009]. The Court having reviewed the motion and being fully advised in the premises, it is hereby

ORDERED that the Parties' Joint Motion to Stay Litigation [doc. #20, filed January 5, 2009] is **GRANTED**. This action is **STAYED** in its entirety, including all pending motions and discovery, until **February 4, 2009**. It is

FURTHER ORDERED that the Parties shall submit to the Court not later than **February 4, 2009** a motion to dismiss the current matter or a Joint Status Report with a proposed schedule to resume the case.

Dated: January 7, 2009.

BY THE COURT:

s/ Wiley Y. Daniel
WILEY Y. DANIEL,
CHIEF UNITED STATES DISTRICT JUDGE